FILED
MAR 20 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larbi Semiani, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 14-463 |
| USA-US Government, | ) ) ) |
| Defendant. | ) ) |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

Pro se litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is a resident of Algeria suing the United States. Plaintiff "declare[s] to be unlawfully, unreasonably, dishonestly excluded deliberately from my natural human civil need to access for an equal justice accordingly to the nature commun [sic] justice under God and worldwide[.]" Compl. at 1. He claims to be "a victim" of "serious" crimes, including "treason qualified of satanic action which [may] not be committed neither in USA and nor by the US Government." *Id.* The complaint continues in this incomprehensible manner and concludes with a request for an order for plaintiff to appear in court and to argue his case before a jury. *See id.* at 3. The complaint fails to provide any notice of a claim and, thus, will be dismissed. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: February 20, 2014